UNITED STATES BANKRUPTCY COURT
Western DISTRICT OF Pennsylvania

In Re:

Case No. 19-20038

Claim No. : 6

ROBERT B. STEIN

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor **Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

### Address where Notices to the creditor be sent:

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

### Address where Payments to the creditor be sent:

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

Date: 06/24/2019

Creditor's Authorized Agent for Fay Servicing, LLC