UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | ROBERT B. STEIN |
| Case Number: | 19-20038-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 11, 2019 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

*Matter:*

#17 - Final Confirmation of Plan Dated 1/30/2019 (NFC)
    +Objections By: Wilmington Trust, N.A.
R / M #: 17 / 0

*Appearances:*

Debtor: DeRossi for Cavanaugh.
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: Pekarchik ¿ Wilmington Trust

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to  9-12-19  at  11:30 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. __✓__ Other:

continued for resolution of claim objections scheduled for 7-24.

7/2/2019    3:15:48PM