## PROCEEDING MEMO

Date: 07/24/2019 11:00 am

In re: Robert B. Stein

Bankruptcy No. 19-20038-CMB
Chapter: 13
Doc. # 36

Appearances:

Movant(s): Brian P. Cavanaugh

Respondents: ~~Winnecour Rail Katz~~ DeSimone

Creditor(s):

Nature of Proceeding: # 36 Objection to Claim

Additional Pleadings:

No response filed and no appearance entered, therefore, Order entered

Judge's Notes:

Outcome:

_____  Motion is GRANTED _____Order entered
_____  Motion is DENIED_____Order entered
_____  Motion WITHDRAWN
_____  Motion is DISMISSED          Order entered
_____  Reschedule for Proper Service
_____  Case DISMISSED          Order entered
_____  Parties to submit Order/Settlement/Stipulation by _____days
_____  CONTINUED MATTER:    _____for at least _____days (Court to Issue Order)
_____  to hearing date of _____.
_____  ISSUE EVIDENTIARY HEARING NOTICE
_____  Discovery time needed _____ days
_____  Briefs to be filed:    Movant(s) brief due _____days
                          Respondent(s) brief due _____days
                          Trustee's brief due _____days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
7/24/19 4:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA