IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ROBERT B. STEIN | : | Bankruptcy No. 19-20038-CMB |
| Debtor, | : | Chapter 13 |
| | | Related to: Document No. 36 |
| ROBERT B. STEIN | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NORWIN SCHOOL DISTRICT | : | |
| Respondent. | : | |

## ORDER OF COURT

AND NOW, to wit, this 24th day of July, 2019, upon consideration of Robert B. Stein's Objection to the Claim No. 4 of the Norwin School District, it is hereby ORDERED, ADJUDGED and DECREED, that Robert B. Stein's Objection to the Claim of the Norwin School District is hereby sustained.

It is further hereby ORDERED, ADJUDGED and DECREED that the Norwin School District's priority claim shall be classified as an allowed general unsecured claim in the amount of $7,674.85.

BY THE COURT:

_____
Carlota M. Böhm

FILED
7/24/19 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert B. Stein
     Debtor

Case No. 19-20038-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: gamr　　　Page 1 of 1　　　Date Rcvd: Jul 24, 2019
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.
db　　　　　+Robert B. Stein,　　1502 Jennifer Court,　　North Huntingdon, PA 15642-1891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:
    Brian P. Cavanaugh    on behalf of Debtor Robert B. Stein bcavanaugh@greensburglaw.com, kwahl@greensburglaw.com
    James Warmbrodt    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bkgroup@kmllawgroup.com
    Jennifer L. Cerce    on behalf of Creditor    Norwin School District jlc@mbm-law.net
    Karina Velter    on behalf of Creditor    Wilmington Trust, National Association amps@manleydeas.com
    Michael J Shavel    on behalf of Creditor    Wilmington Trust, National Association mshavel@hillwallack.com, lcampbell@hillwallack.com;rianiero@HillWallack.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                   TOTAL: 8