# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | ROBERT B. STEIN |
| **Case Number:** | 19-20038-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 12, 2019 11:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/12/19 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#17 - Continued Confirmation of Plan Dated 1/30/2019 (NFC)
R / M #:  17 / 0

### Appearances:

Debtor: *Dubosky for Cavanaugh*
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: *Pecaradi for Wilmington*
    *Cerce for Norwin school district*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
       Objections are due on or before _____.
       A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing: _____ at _____.
10. __X__ Other:

As a result of indicated defaults, the Trustee requests dismissal without prejudice. Debtor's attorney cannot consent or indicate no objection but advises he/she has no defense.

*Last payment 4/22/19*

*Arrears $3564.72 as of 9/19*

9/5/2019    3:35:29PM