IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

ROBERT S. STEIN,

*Debtor,*

Bankruptcy No. 19-20038-CMB

Chapter 13

## ORDER

*AND NOW,* this **12th** day of ***September, 2019,*** it is hereby **ORDERED, ADJUDGED and DECREED** that a Hearing on the above-captioned case is scheduled for at October 11, 2019 at 10:00 a.m. in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 to Show Cause why the case should not be dismissed per Conciliation Conference held on September 12, 2019 on the Plan Dated January 30, 2019 at Docket No. 17. Any response or objection to the dismissal of this case must be filed with the Clerk no later than September 30, 2019. In the event that no response is filed the Court may enter an order by default dismissing this case.

Carlota M. Böhm    jah
United States Bankruptcy Judge

FILED
9/12/19 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Cm: All Parties

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20038-CMB
Robert B. Stein                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel                  Page 1 of 1           Date Rcvd: Sep 12, 2019
                             Form ID: pdf900             Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +Robert B. Stein,    1502 Jennifer Court,    North Huntingdon, PA 15642-1891
14973360        Bank of America, National Association,     Customer Service,    PO Box 5170,
                 Simi Valley, CA 93062-5170
14973361       +Bank of America, National Association,     440 S. LaSalle Street, Suite 2000,
                 Chicago, IL 60605-5011
14973362       +Melissa L. Stein,    1502 Jennifer Court,    North Huntingdon, PA 15642-1891
14973363       +Michael McKeever, Esquire,     KML Law Group, PC,   Suite 5000, BNY Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
14984586       +Norwin School District,    c/o Maiello Brungo & Maiello, LLP,     100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14983392       +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15069495        US Department of Education,     PO Box 16448,   St. Paul, MN 55116-0448
15010269       +Wilmington Trust, National Association,     c/o Fay Servicing, LLC,    3000 Kellway Dr. Suite 150,
                 Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14984487        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 02:45:22      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14984488       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 02:44:49      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
15009914       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 13 2019 02:41:11      West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
cr              Wilmington Trust, National Association
cr*            +Norwin School District,    c/o Maiello Brungo & Maiello, LLP,     100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
cr*            +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              Brian P. Cavanaugh    on behalf of Debtor Robert B. Stein bcavanaugh@greensburglaw.com,
               kwahl@greensburglaw.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Norwin School District jlc@mbm-law.net
              Karina Velter    on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              Michael J Shavel    on behalf of Creditor    Wilmington Trust, National Association
               mshavel@hillwallack.com,    lcampbell@hillwallack.com;jrydzewski@HillWallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8
```