# PROCEEDING MEMO

**Date:** 10/11/2019 10:00 am

**In re:** Robert B. Stein

Bankruptcy No. 19-20038-CMB
Chapter: 13
Doc. # 17

**Appearances:** dobosky for debtor

**Movant(s):**

**Respondents:** DeSimone

**Creditor(s):**

**Nature of Proceeding:** #17 Rule To Show Cause Why Case Should Not Be Dismissed per Conciliation Conference Held 09/12/2019 regarding the Plan Dated 01/30/2019

**Additional Pleadings:** #17 Chapter 13 Plan Dated 01/30/2019
#31 Objection by Wilmington Trust, National Association
#46 Conciliation Conference Minutes from 09/12/2019

**Judge's Notes:**
-no defense, no communication in the past few months with debtor, just asking for dismissal w/out prejudice
-no objection from desimone

**Outcome:**
-dismissed w/out prejeucide

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
10/11/19 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA