**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert B. Stein** | : | Case No. 19–20038–CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      **AND NOW,** this **The 11th of October, 2019,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

                                  Carlota M. Böhm, Judge
                                  United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 19-20038-CMB
Robert B. Stein                                                  Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 1          Date Rcvd: Oct 11, 2019
                              Form ID: 309        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db            +Robert B. Stein,    1502 Jennifer Court,    North Huntingdon, PA 15642-1891
14973361      +Bank of America, National Association,    440 S. LaSalle Street, Suite 2000,
               Chicago, IL 60605-5011
14973362      +Melissa L. Stein,    1502 Jennifer Court,    North Huntingdon, PA 15642-1891
14973363      +Michael McKeever, Esquire,    KML Law Group, PC,    Suite 5000, BNY Independence Center,
               701 Market Street,    Philadelphia, PA 19106-1538
14984586      +Norwin School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
14983392      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
15010269      +Wilmington Trust, National Association,    c/o Fay Servicing, LLC,    3000 Kellway Dr. Suite 150,
               Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14973360       EDI: BANKAMER.COM Oct 12 2019 06:28:00      Bank of America, National Association,
               Customer Service,    PO Box 5170,   Simi Valley, CA 93062-5170
14984487       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2019 02:51:09      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14984488      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2019 02:51:47      PYOD, LLC,
               Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
15069495       EDI: ECMC.COM Oct 12 2019 06:28:00      US Department of Education,    PO Box 16448,
               St. Paul, MN 55116-0448
15009914      +E-mail/Text: bankruptcy@firstenergycorp.com Oct 12 2019 02:47:18       West Penn Power,
               5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                             TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
cr             Wilmington Trust, National Association
cr*           +Norwin School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,  Suite 3,
               Pittsburgh, PA 15235-4441
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
                                                                             TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) is furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                          Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
              Brian P. Cavanaugh   on behalf of Debtor Robert B. Stein bcavanaugh@greensburglaw.com,
               kwahl@greensburglaw.com
              James Warmbrodt   on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bkgroup@kmllawgroup.com
              Jennifer L. Cerce   on behalf of Creditor    Norwin School District jlc@mbm-law.net
              Karina Velter   on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              Michael J Shavel   on behalf of Creditor    Wilmington Trust, National Association
               mshavel@hillwallack.com,   lcampbell@hillwallack.com;jrydzewski@HillWallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                             TOTAL: 8