## PROCEEDING MEMO

Date: 10/11/2019 11:00 am

In re: Robert B. Stein

Bankruptcy No. 19-20038-CMB
Chapter: 13
Doc. # 34

**Appearances:**

**Movant(s):** Brian P. Cavanaugh

**Respondents:** Michael Geisler; Winnecour/ Katz/ Pail/ DeSimone

**Creditor(s):**

**Nature of Proceeding:** #34 Continued Hearing Re: Objection to Claim

**Additional Pleadings:** #39 Response filed by Wilmington Trust, National Association

**Judge's Notes:**

— Cont to Nov 6 11:00

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
10/15/19 11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA