**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT B. STEIN

  Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Respondents.

Case No.: 19-20038

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/04/2019 and confirmed on 03/11/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,034.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,034.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 727.59 | |
|   Trustee Fee | 193.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 921.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON TRUST NA - TRUSTEE MFRA<br>  Acct: 0516 | 0.00 | 3,112.77 | 0.00 | 3,112.77 |
| WILMINGTON TRUST NA - TRUSTEE MFRA<br>  Acct: 0516 | 166,793.66 | 0.00 | 0.00 | 0.00 |
| | | | | 3,112.77 |
| **Priority** | | | | |
| BRIAN P CAVANAUGH ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT B. STEIN<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEWART MCARDLE ET AL<br>  Acct: | 2,500.00 | 727.59 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>  Acct: 2176 | 9,000.00 | 0.00 | 0.00 | 0.00 |
| ANDREWS AND PRICE<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

| 19-20038 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 632.92 | 0.00 | 0.00 | 0.00 |
|       Acct: 5508 | | | | |
|    AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    BECKET & LEE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1005 | | | | |
|    CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1583 | | | | |
|    ABRAHAMSEN RATCHFORD | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    EXCELA HEALTH MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8235 | | | | |
|    LEASE AND RENTAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    NORWIN SD (N HUNTINGDON) (EIT)** | 7,674.85 | 0.00 | 0.00 | 0.00 |
|       Acct: 2176 | | | | |
|    POWERS KIRN & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    PYOD LLC | 301.32 | 0.00 | 0.00 | 0.00 |
|       Acct: 7024 | | | | |
|    QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 4237 | | | | |
|    REC MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 9626 | | | | |
|    RESURGENT CAPITAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    US DEPARTMENT OF EDUCATION | 17,526.28 | 0.00 | 0.00 | 0.00 |
|       Acct: 6392 | | | | |
|    WEINSTEIN & RILEY PS | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8717 | | | | |
|    WEST PENN POWER* | 103.62 | 0.00 | 0.00 | 0.00 |
|       Acct: 0808 | | | | |
|    LVNV FUNDING LLC | 474.69 | 0.00 | 0.00 | 0.00 |
|       Acct: 6480 | | | | |
|    JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    KARINA VELTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    MELISSA STEIN | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    HILL WALLACK LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 3,112.77 |
| TOTAL CLAIMED | |
| PRIORITY | 9,000.00 |
| SECURED | 166,793.66 |
| UNSECURED | 26.713.68 |

Date: 11/15/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com